

Judicial Links   |   eFiling   |   Help   |   Contact Us   |   Print                                                                                     Logon

**19SL-CC03851 - MICHAEL ALCANTER ET AL V MONSANTO COMPANY (E-CASE)**

This information is provided as a service and is not considered an official court record.

Sort Date Entries: ● Descending  ○ Ascending          Display Options: All Entries

| | |
|---|---|
| 10/25/2019 | **Removed to Fed Court** |
| 10/24/2019 | **Notice** |
| | Notice to State Court of Notice of Removal; Electronic Filing Certificate of Service. |
| | **Filed By:** GREGORY JAMES MINANA |
| | **On Behalf Of:** MONSANTO COMPANY |
| 10/04/2019 | **Entry of Appearance Filed** |
| | Entry of Appearance; Electronic Filing Certificate of Service. |
| | **Filed By:** CHRISTINE F MILLER |
| | **On Behalf Of:** MONSANTO COMPANY |
| 09/26/2019 | **Entry of Appearance Filed** |
| | Entry of Appearance; Electronic Filing Certificate of Service. |
| | **Filed By:** Amanda N Murphy |
| | **On Behalf Of:** MICHAEL ALCANTER, DONALD ALLEN, JOSHUA ALLEN, MARY ARTMANN, DAVID BABIN, HERMAN BAKER, ELIZABETH BAUGHMAN, CRIS BAZALDUA, PETER BEACH, DARLENE BOYD-JOHNSON, GEORGE BRADSHAW, CHARLES BREED, TREVOR BRUEGMAN, DANIEL BUBENICK, REGINA BURNS, VICKIE CALVERT, JOSEPH CAMPBELL, LARRY CAMPBELL, LONNIE CAMPBELL, SANDRA CARLILE, RONALD CARMICHAEL, WALTER CARSWELL, RANDALL CHANG, HALEY CHAPLIN-SHEALY, STEWART CLEM, LEELAND CONLEY, PAUL COTTRELL, JOAN CLEMENCE,, SANDRA CROSSLEY, SANDRA DAVIS, ROBERT DOWNTOWN, JEANETTE ESKILDSEN, ANTHONY FICHERA, JOE FREUND, DAMON GIALOURIS, NEIL GRAGG, JOHNNIE GREEN, JAMES GRIFFIN, IAN GRINDLAY, RICARDO GUZMAN, UDO HARTTUNG, DREW HAVILAND, CHARLENE HAYNES, JAMES HINDS, SUSAN HUNRATH, LAVAR HUNTER, VAN INGRAM, KAREN ISENBERG, DERYL JACKSON, VALERIE JAMES, NATOSIA JENKINS, MARK JOHNSON, JOYCE JUSTUS, RICHARD KAISER, DAVID KELLY, JACOB KERR, ANN KRAUSE, LONNI LAIKEN, THOMAS LEACH, MARK LEE, BRENT MAURER, DELORES MCCOWAN, JERI MCCOY, LISA MCDANIEL, KEITH MCDONALD, BOBBY MCGHEE, SCOTT MILLER, KEITH MOORE, RALPH MULLINIX, MURL MURPHY, DONALD NEUKAM, JUDITH NICHOLS, JANET OLSON, LOUIS OMAN, VINCENT ORRICO, LARRY PASSAGE, LASHANDA PAYNE, JACK PERRY, LARRY POWELL, CARLOS PRINCIPE, MAYRA RAMIREZ, ROBERT RAYFORD, MICHAEL REYMANN, LEIGH RITCH, SILVIA GUZMAN RIVERA, SHEILA ROGERS, MICHAEL SAWCHAK, SYLVIA SEDLMEYER, DONALD SHEPHERD, HAROLD SHERMAN, TABITHA SOUNDSLEEPER, JOHN STERNBERG, PATRICIA STILL, RODERICK STINE, MARTHA TURNER, PAULA VANDENBURG, DIANE VENZANT, ROBERT WADDELL, STEVEN WEATHERSPOON, GILBERT WEBB, ROBERT WEINBERG, WENDALL WHALEY, WILLIAM WHITAKER, BILLY WILSON, GREGORY WILSON |
| | **Agent Served** |
| | Document ID - 19-SMCC-8790; Served To - MONSANTO COMPANY; Server - ; Served Date - 24-SEP-19; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Served |
| 09/25/2019 | **Notice of Service** |

| | |
|---|---|
| | Return of Service. |
| | **Filed By:** SHAUN MICHAEL FALVEY |
| | **On Behalf Of:** MICHAEL ALCANTER, DONALD ALLEN, JOSHUA ALLEN, MARY ARTMANN, DAVID BABIN, HERMAN BAKER, ELIZABETH BAUGHMAN, CRIS BAZALDUA, PETER BEACH, DARLENE BOYD-JOHNSON, GEORGE BRADSHAW, CHARLES BREED, TREVOR BRUEGMAN, DANIEL BUBENICK, REGINA BURNS, VICKIE CALVERT, JOSEPH CAMPBELL, LARRY CAMPBELL, LONNIE CAMPBELL, SANDRA CARLILE, RONALD CARMICHAEL, WALTER CARSWELL, RANDALL CHANG, HALEY CHAPLIN-SHEALY, STEWART CLEM, LEELAND CONLEY, PAUL COTTRELL, JOAN CLEMENCE,, SANDRA CROSSLEY, SANDRA DAVIS, ROBERT DOWNTOWN, JEANETTE ESKILDSEN, ANTHONY FICHERA, JOE FREUND, DAMON GIALOURIS, NEIL GRAGG, JOHNNIE GREEN, JAMES GRIFFIN, IAN GRINDLAY, RICARDO GUZMAN, UDO HARTTUNG, DREW HAVILAND, CHARLENE HAYNES, JAMES HINDS, SUSAN HUNRATH, LAVAR HUNTER, VAN INGRAM, KAREN ISENBERG, DERYL JACKSON, VALERIE JAMES, NATOSIA JENKINS, MARK JOHNSON, JOYCE JUSTUS, RICHARD KAISER, DAVID KELLY, JACOB KERR, ANN KRAUSE, LONNI LAIKEN, THOMAS LEACH, MARK LEE, BRENT MAURER, DELORES MCCOWAN, JERI MCCOY, LISA MCDANIEL, KEITH MCDONALD, BOBBY MCGHEE, SCOTT MILLER, KEITH MOORE, RALPH MULLINIX, MURL MURPHY, DONALD NEUKAM, JUDITH NICHOLS, JANET OLSON, LOUIS OMAN, VINCENT ORRICO, LARRY PASSAGE, LASHANDA PAYNE, JACK PERRY, LARRY POWELL, CARLOS PRINCIPE, MAYRA RAMIREZ, ROBERT RAYFORD, MICHAEL REYMANN, LEIGH RITCH, SILVIA GUZMAN RIVERA, SHEILA ROGERS, MICHAEL SAWCHAK, SYLVIA SEDLMEYER, DONALD SHEPHERD, HAROLD SHERMAN, TABITHA SOUNDSLEEPER, JOHN STERNBERG, PATRICIA STILL, RODERICK STINE, MARTHA TURNER, PAULA VANDENBURG, DIANE VENZANT, ROBERT WADDELL, STEVEN WEATHERSPOON, GILBERT WEBB, ROBERT WEINBERG, WENDALL WHALEY, WILLIAM WHITAKER, BILLY WILSON, GREGORY WILSON |
| 09/19/2019 | **Summons Issued-Circuit** |
| | Document ID: 19-SMCC-8790, for MONSANTO COMPANY.Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service. |
| 09/06/2019 | **Motion Special Process Server** |
| | Request for Special Process Server. |
| | **Filed By:** SHAUN MICHAEL FALVEY |
| | **On Behalf Of:** MICHAEL ALCANTER, DONALD ALLEN, JOSHUA ALLEN, MARY ARTMANN, DAVID BABIN, HERMAN BAKER, ELIZABETH BAUGHMAN, CRIS BAZALDUA, PETER BEACH, DARLENE BOYD-JOHNSON, GEORGE BRADSHAW, CHARLES BREED, TREVOR BRUEGMAN, DANIEL BUBENICK, REGINA BURNS, VICKIE CALVERT, JOSEPH CAMPBELL, LARRY CAMPBELL, LONNIE CAMPBELL, SANDRA CARLILE, RONALD CARMICHAEL, WALTER CARSWELL, RANDALL CHANG, HALEY CHAPLIN-SHEALY, STEWART CLEM, LEELAND CONLEY, PAUL COTTRELL, JOAN CLEMENCE,, SANDRA CROSSLEY, SANDRA DAVIS, ROBERT DOWNTOWN, JEANETTE ESKILDSEN, ANTHONY FICHERA, JOE FREUND, DAMON GIALOURIS, NEIL GRAGG, JOHNNIE GREEN, JAMES GRIFFIN, IAN GRINDLAY, RICARDO GUZMAN, UDO HARTTUNG, DREW HAVILAND, CHARLENE HAYNES, JAMES HINDS, SUSAN HUNRATH, LAVAR HUNTER, VAN INGRAM, KAREN ISENBERG, DERYL JACKSON, VALERIE JAMES, NATOSIA JENKINS, MARK JOHNSON, JOYCE JUSTUS, RICHARD KAISER, DAVID KELLY, JACOB KERR, ANN KRAUSE, LONNI LAIKEN, THOMAS LEACH, MARK LEE, BRENT MAURER, DELORES MCCOWAN, JERI MCCOY, LISA MCDANIEL, KEITH MCDONALD, BOBBY MCGHEE, SCOTT MILLER, KEITH MOORE, RALPH MULLINIX, MURL MURPHY, DONALD NEUKAM, JUDITH NICHOLS, JANET OLSON, LOUIS OMAN, VINCENT ORRICO, LARRY PASSAGE, LASHANDA PAYNE, JACK PERRY, LARRY POWELL, CARLOS PRINCIPE, MAYRA RAMIREZ, ROBERT RAYFORD, MICHAEL REYMANN, LEIGH RITCH, SILVIA GUZMAN RIVERA, SHEILA ROGERS, MICHAEL SAWCHAK, SYLVIA SEDLMEYER, DONALD SHEPHERD, HAROLD SHERMAN, TABITHA SOUNDSLEEPER, JOHN STERNBERG, PATRICIA STILL, RODERICK STINE, MARTHA TURNER, PAULA VANDENBURG, DIANE VENZANT, ROBERT WADDELL, STEVEN WEATHERSPOON, GILBERT WEBB, ROBERT WEINBERG, WENDALL WHALEY, WILLIAM WHITAKER, BILLY WILSON, GREGORY WILSON |
| 09/05/2019 | **Judge/Clerk - Note** |
| | NO SUMMONS ISSUED DUE TO MISSING $36 SERVICE FEES OR A SPECIAL PROCESS SERVER FORM. E-FILE THE REMAINING $36 SERVICE FEES OR A SPECIAL PROCESS SERVER FORM SO THE SUMMONS CAN BE ISSUED. |
| 08/27/2019 | **Filing Info Sheet eFiling** |

**Filed By:** SHAUN MICHAEL FALVEY

**Pet Filed in Circuit Ct**

Petition.

**On Behalf Of:** MICHAEL ALCANTER, DONALD ALLEN, JOSHUA ALLEN, MARY ARTMANN, DAVID BABIN, HERMAN BAKER, ELIZABETH BAUGHMAN, CRIS BAZALDUA, PETER BEACH, DARLENE BOYD-JOHNSON, GEORGE BRADSHAW, CHARLES BREED, TREVOR BRUEGMAN, DANIEL BUBENICK, REGINA BURNS, VICKIE CALVERT, JOSEPH CAMPBELL, LARRY CAMPBELL, LONNIE CAMPBELL, SANDRA CARLILE, RONALD CARMICHAEL, WALTER CARSWELL, RANDALL CHANG, HALEY CHAPLIN-SHEALY, STEWART CLEM, LEELAND CONLEY, PAUL COTTRELL, JOAN CLEMENCE,, SANDRA CROSSLEY, SANDRA DAVIS, ROBERT DOWNTOWN, JEANETTE ESKILDSEN, ANTHONY FICHERA, JOE FREUND, DAMON GIALOURIS, NEIL GRAGG, JOHNNIE GREEN, JAMES GRIFFIN, IAN GRINDLAY, RICARDO GUZMAN, UDO HARTTUNG, DREW HAVILAND, CHARLENE HAYNES, JAMES HINDS, SUSAN HUNRATH, LAVAR HUNTER, VAN INGRAM, KAREN ISENBERG, DERYL JACKSON, VALERIE JAMES, NATOSIA JENKINS, MARK JOHNSON, JOYCE JUSTUS, RICHARD KAISER, DAVID KELLY, JACOB KERR, ANN KRAUSE, LONNI LAIKEN, THOMAS LEACH, MARK LEE, BRENT MAURER, DELORES MCCOWAN, JERI MCCOY, LISA MCDANIEL, KEITH MCDONALD, BOBBY MCGHEE, SCOTT MILLER, KEITH MOORE, RALPH MULLINIX, MURL MURPHY, DONALD NEUKAM, JUDITH NICHOLS, JANET OLSON, LOUIS OMAN, VINCENT ORRICO, LARRY PASSAGE, LASHANDA PAYNE, JACK PERRY, LARRY POWELL, CARLOS PRINCIPE, MAYRA RAMIREZ, ROBERT RAYFORD, MICHAEL REYMANN, LEIGH RITCH, SILVIA GUZMAN RIVERA, SHEILA ROGERS, MICHAEL SAWCHAK, SYLVIA SEDLMEYER, DONALD SHEPHERD, HAROLD SHERMAN, TABITHA SOUNDSLEEPER, JOHN STERNBERG, PATRICIA STILL, RODERICK STINE, MARTHA TURNER, PAULA VANDENBURG, DIANE VENZANT, ROBERT WADDELL, STEVEN WEATHERSPOON, GILBERT WEBB, ROBERT WEINBERG, WENDALL WHALEY, WILLIAM WHITAKER, BILLY WILSON, GREGORY WILSON

**Order**

**Order**

**Judge Assigned**

DIV 4